

| | | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | ISAAC KLEPFISH<br>Phone (212)n 788-0897<br>Fax:(212) 788-0877<br>E-mail:iklepfis@law.nyc.gov |

September 4, 2007

BY HAND DELIVERY
Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:  Ali v. City of New York, et al.
     07 CV 6153 (WHP)

Dear Judge Pauley:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to represent defendants in the above referenced action. I write this letter seeking an adjournment of the Pre-Trial Conference scheduled for October 5, 2007. That day is a Jewish holiday and I will not be in the office that day. This is the first request for an adjournment. Plaintiff's counsel consents to this request.

Thank you for your courtesies in this matter.

*Application granted.*

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
9/14/07

Respectfully yours,

ISAAC KLEPFISH (IK-3478)
Assistant Corporation Counsel

cc.  Anthony Emengo, Esq. by mail

*The pre-trial conference shall take place on October 12, 2007 at 9:45 a.m.*