USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/15/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MAHMOUD SAMI ALI,                                    :

                              Plaintiff,             :

          -against-                                  :

CITY OF NEW YORK, NEW YORK CITY                      :
HUMAN RESOURCES ADMINISTRATION
AND RICHARD BECK, et al,                             :

                              Defendants.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

6153
07 Civ. 2262 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

          Counsel having appeared before the Court for an initial pre-trial conference on

October 12, 2007, the following schedule is established on consent of the parties:

          1.    All discovery shall conclude by January 31, 2008;

          2.    The parties shall submit a joint pre-trial order in accord with this Court's
                Individual Practices by February 29, 2008; and

          3.    A final pre-trial conference shall be held on March 14, 2008 at 9:45 a.m.

Dated:  October 12, 2007
        New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

-1-

*Counsel of Record:*

Anthony C. Emengo, Esq.
472 Union Avenue
Suite 1000
Williamsburg, NY 11211
*Counsel for Plaintiff*

Isaac Klepfish, Esq.
Corporation Counsel of the City of New York
100 Church Street, Room 2-171
New York, NY 10007
*Counsel for Defendants*