

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

MICHAEL A. CARDOZO
*Corporation Counsel*

JAN 2 - 2008

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ISAAC KLEPFISH
Phone (212)n 788-0897
Fax:(212) 788-0877
E-mail:iklepfis@law.nyc.gov

January 18, 2008

**MEMO ENDORSED**

BY HAND DELIVERY
Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application denied.*
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
1/23/08
*See this Court's Individual Practices, Rule 3(A)(iii).*

Re: Ali v. City of New York, et al.
    07 CV 6153 (WHP)

Dear Judge Pauley:

   I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to represent defendants in the above referenced action. I write this letter seeking the Court to order that plaintiff produce documents in order that defendants may depose plaintiff. Specifically, on or about November 26, 2007, I served plaintiff with defendants' First Combined Set of Interrogatories and Requests for Documents. Plaintiff's counsel did not respond to these discovery requests nor did he seek an extension of time to respond thereto. Additionally, on January 3, 2008, I served plaintiff with a Notice of Deposition for January 30, 2008. On that date I also wrote a letter to plaintiff's counsel advising him that to proceed with the deposition of his client I needed the discovery responses. I also called plaintiff's counsel and left him a phone message. To date, I still have not received responses to my discovery demands nor have I heard from plaintiff's counsel. I should also note, that plaintiff has not served defendants with any discovery demands.

   Accordingly, because of the discovery deadline of January 31, 2008 and because I have not received any responses to my discovery requests, <u>it is respectfully requested that Your Honor direct that plaintiff produce responses to the discovery requests by a date certain to enable defendants to conduct the deposition of plaintiff.</u>

Thank you for your courtesies in this matter.

Respectfully yours,

*Isaac Klepfish*

ISAAC KLEPFISH (IK-3478)
Assistant Corporation Counsel

cc. Anthony Emengo, Esq. by mail