

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

ISAAC KLEPFISH
Phone (212)n 788-0897
Fax:(212) 788-0877
E-mail:iklepfis@law.nyc.gov

January 28, 2008

**MEMO ENDORSED**

BY HAND DELIVERY
Honorable William H. Pauley
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

JAN 2 _ 2008

Re: Ali v. City of New York, et al.
    07 CV 6153 (WHP)

Dear Judge Pauley:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel for the City of New York, assigned to represent defendants in the above referenced action. In accordance with Local Civil Rule 37.2, I write this letter requesting an informal conference to discuss a discovery issue that has arisen in this case. Specifically, on or about November 26, 2007, I served plaintiff with defendants' First Combined Set of Interrogatories and Requests for Documents. Plaintiff's counsel did not respond to these discovery requests nor did he seek an extension of time to respond thereto. Additionally, on January 3, 2008, I served plaintiff with a Notice of Deposition for January 30, 2008. On that date I also wrote a letter to plaintiff's counsel advising him that to proceed with the deposition of his client I needed the discovery responses. I also called plaintiff's counsel and left him a phone message. To date, I still have not received responses to my discovery demands nor have I heard from plaintiff's counsel.

      Accordingly, it is respectfully requested that an informal conference be held to discuss this matter.

*The conference shall take place Feb 13, 2008 at 10:30 a.m.*

*Application granted.*
SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
1/30/08

Thank you for your courtesies in this matter.

                                              Respectfully yours,

                                              ISAAC KLEPFISH (IK-3478)
                                              Assistant Corporation Counsel

cc.  Anthony Emengo, Esq. by mail