USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
MAHMOUD SAMI ALI,                              :

                          Plaintiff,       :

    -against-                                  :

CITY OF NEW YORK, NEW YORK CITY        :
HUMAN RESOURCES ADMINISTRATION
AND RICHARD BECK, et al,                       :

                         Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

07 Civ. 6153 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

        Plaintiff failed to appear for a conference on February 13, 2008 which was scheduled because Plaintiff previously failed to respond to any of Defendants' discovery requests. The case is dismissed for failure to prosecute, and the Clerk of the Court is directed to mark the case closed.

Dated: February 13, 2008
       New York, New York

                                        SO ORDERED:

                                        _____
                                        WILLIAM H. PAULEY III
                                              U.S.D.J.

*Counsel of Record:*

Anthony C. Emengo, Esq.
472 Union Avenue, Suite 1000
Williamsburg, NY 11211
*Counsel for Plaintiff*

Isaac Klepfish, Esq.
Corporation Counsel of the City of New York
100 Church Street, Room 2-171
New York, NY 10007
*Counsel for Defendants*